E. E. Ropes, Plaintiff in Error, v. Isaac A. Stewart, Defendant in Error.

(Supreme Court of Florida, En Banc, January 23, 1906.)

Writ of error to Circuit Court, Volusia county; Minor S. Jones, Judge.

*E. E. Ropes* In Pro Per.

*Egford Bly,* for the Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Writ of error quashed on motion of attorney for defendant in error.